# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:15-cr-00196-TWP-MJD-01 1:15-cr-00207-TWP-MJD-01 |
| GENE ARMOND BERTHIAUME, | ) ) | 1:15-cr-00208-TWP-MJD-01 1:15-cr-00209-TWP-MJD-01 |
| Defendant. | ) | 1:15-cr-00210-TWP-MJD-01 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 28, 2019, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision filed on April 10, 2018 and the supplemental petitions filed on April 18, 2018, and June 12, 2018. The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 4/2/2019

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

M. Kendra Klump
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kendra.klump@usdoj.gov

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org